UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL PALMER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JENNIFER GRANHOLM et al., )<br>)<br>Defendants. )<br>_____) | Case No. 1:06-cv-301<br><br>Honorable Wendell A. Miles |

**JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that Plaintiff's supplemental state-law claim be DISMISSED WITHOUT PREJUDICE.

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

This dismissal counts as a strike for purposes of 28 U.S.C. § 1915(g).

Dated: July 5, 2006                           /s/ Wendell A. Miles
                                                              Wendell A. Miles
                                                              Senior U.S. District Judge